IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BILLY DRIVER, JR.,

        Plaintiff,

   v.

BENSON, et al.,

        Defendants.

No.  2:25-CV-1723-DC-DMC-P

ORDER

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion for referral of this case to the Court's Alternative Dispute Resolution (ADR) Program.  See ECF No. 11.

Plaintiff is advised that, once the Court determines that service of process is appropriate and following the filing of an answer, the matter will automatically be referred to the Court's Early Post-Screening ADR Program for prisoner civil rights case.  Plaintiff's pending motion will, therefore, be denied as unnecessary.  The sufficiency of Plaintiff's complaint will be addressed separately.

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for referral to ADR, ECF No. 11, is DENIED as unnecessary.

Dated:  January 30, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE