IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BILLY DRIVER, JR.,

Plaintiff,

v.

BENSON, et al.,

Defendants.

No. 2:25-cv-1723-DC-DMC (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(ECF No. 14)

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On April 6, 2026, the Magistrate Judge filed findings and recommendations herein, which were served on the parties and contained notice that the parties may file objections within the time specified therein. No objections to the findings and recommendations have been filed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed April 6, 2026, ECF No. 14, are ADOPTED;

2. This action shall proceed on Plaintiff's original complaint, ECF No. 1, as to his

Eighth Amendment safety claim against Defendant Schultz;

3. All other claims and defendants are dismissed for failure to state a claim;

4. The Clerk of the Court is directed to terminate Defendants Anderson and Benson as defendants to this action; and

5. The matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **July 29, 2026**

Dena Coggins
United States District Judge